William N. DUVALL et al., Appellants,

v.

Mack E. WILLIAMS et al., Appellees.

Court of Appeals of Kentucky.

June 14, 1974.

Clyde Foster Chesnut, Elkton, for appellants.

Charles H. Gill, Jr., Elkton, for appellees.

Memorandum Opinion of the Court by Special Commissioner GEORGE H. KUNZMAN, Affirming.*

---

Willie Anderson TINSLEY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

June 14, 1974.

James A. Crumlin, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

---

Jonas W. JOHNSON, Appellant,

v.

MUNICH ENGINEERING COMPANY et al., Appellees.

Court of Appeals of Kentucky.

June 14, 1974.

Robert M. Lindsay, Segal, Isenberg, Sales & Stewart, Louisville, for appellant.

William A. Blodgett, Jr., Richard I. McIntosh, Woodward, Hobson & Fulton, Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

---

James R. YOCOM, Commissioner of Labor, etc., Appellant,

v.

Maxie CAMPLIN et al., Appellees.

Court of Appeals of Kentucky.

June 14, 1974.

Robert D. Hawkins, Chief Counsel for Special Fund, Thomas L. Ferreri, Attorney for Special Fund, Department of Labor, Frankfort, for appellant.

Leland Monhollon, Madisonville, Attorney for Maxie Camplin, J. Keller Whitaker, Director, Workmen's Compensation Board, Frankfort, for appellees.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

---

* Opinion ordered not to be published.